# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **OHIO A. PHILIP RANDOLPH INSTITUTE,** *et al.*<br><br>**Plaintiffs,**<br><br>v.<br><br>**RYAN SMITH, Speaker of the Ohio House of Representatives,** *et al.*<br><br>**Defendants.** | Case No. 1:18-cv-357<br><br>Judge Timothy S. Black<br>Judge Karen Nelson Moore<br>Judge Michael H. Watson<br>Magistrate Judge Karen L. Litkovitz<br><br>**[PROPOSED] ORDER** |

Upon consideration of Movants' Motion to Seal Documents, and good cause having been shown, it is ORDERED that Movants may file their supplemental brief under seal. However, the seal will expire 30 days from filing unless (1) any party successfully moves to seal the filing (or portions of the filing) under the standards set forth by the Sixth Circuit Court of Appeals, or (2) any party moves to extend the conditional period on the basis that a motion to seal is pending before the Court.

Dated this ___ day of December, 2018.

_____
United States District Judge